IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

TINA L. LOCUM                                                                    PLAINTIFF

v.                              Case No. 12-3030

CAROLYN W. COLVIN, Commissioner of
Social Security Administration                                          DEFENDANT

## ORDER

The Court has received proposed findings and recommendations (Doc. #10) from United

States Magistrate Judge Barry A. Bryant.  There have been no objections.  After careful review, the

Court concludes that the findings and recommendations should be, and hereby are, approved and

adopted as this Court's findings in all respects in their entirety.  Judgment will be entered accordingly.

**IT IS SO ORDERED** this 15th day of April, 2013.


/s/ P. K. Holmes, III

P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE